

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747


Daniel Gomez-Sanchez
631.247.4713 direct
631.247.4700 main
dsgomez@littler.com

July 13, 2017


**VIA ECF**

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Kattepogu v. Time Inc.
      Docket No. 17 CV 1485 (RA)

Dear Judge Abrams:

We represent Defendant Time Inc. in the above-referenced action.  Defendant respectfully requests an extension of time, from July 19 until August 21, 2017, to file a response to the Complaint.  We recently were retained by Defendant to handle this action and will require the additional time to investigate the allegations in the Complaint.  This is the first request for an extension of time to file a response to the Complaint.  Plaintiff *pro se* consents to this request.  Thank you for the Court's consideration.

Respectfully submitted,

Littler Mendelson, P.C.

/s/ *Daniel Gomez-Sanchez*

Daniel Gomez-Sanchez


cc:   Sampath Kattepogu (via First Class Mail and E-Mail)

Firmwide:148779344.1 082596.1001