

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747

Daniel Gomez-Sanchez
631.247.4713 direct
631.247.4700 main
dsgomez@littler.com

November 8, 2017

**VIA ECF**

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Kattepogu v. Time Inc.
      No. 17 cv 1485 (RA)

Dear Judge Abrams:

We represent Defendant Time Inc. in the above referenced matter.  We write with respect to the initial conference, currently scheduled for November 17, 2017 at 2:15 p.m.

On August 23, 2017, the Court issued an Order that the parties should appear for the initial conference in "the event that mediation is not successful . . . ."  See Doc. No. 12.  In a separate Order on August 23, 2017, the Court referred this matter to mediation.  See Doc. No. 13. Plaintiff *pro se* advises us that the Court's mediation office contacted him to complete certain paperwork, and that he returned same.  However, to date, neither party has received any further communication from the Court's mediation office.  Accordingly, it is unclear whether the parties should appear for the initial conference on November 17, 2017 since no mediation occurred.

If the Court requires the parties appear for the initial conference, Defendant respectfully requests that the initial conference take place via teleconference or, in the alternative, that the Court adjourn the initial conference to a later date.  The reason for this request is that I will be in Nashville, TN on business from November 15 through November 17, but will be available via telephone at 2:15 p.m.  Plaintiff *pro se* consents to this request.

Thank you for the Court's consideration.

Honorable Ronnie Abrams
November 8, 2017
Page 2

Respectfully submitted,

Littler Mendelson, P.C.

*/s/ Daniel Gomez-Sanchez*

Daniel Gomez-Sanchez

cc:  Sampath Kattepogu (via email)
     sampath_kdk@hotmail.com

Firmwide:151115531.1 082596.1004