UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMPATH KD KATTEPOGU,<br><br>        Plaintiff,<br><br>   v.<br><br>TIME, INC.<br><br>        Defendant. | Civil Action No.<br>1:17-CV-01485(RA)<br><br><br>NOTICE OF LIMITED APPEARANCE OF<br>*PRO BONO* COUNSEL |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as *pro bono* counsel in this case on behalf of Plaintiff, Sampath KD Kattepogu, for the limited and exclusive purpose of settlement conference.

    I certify that I am admitted to practice before this Court.

Dated:  Newark, New Jersey
        November 8, 2017

        /s Alan Serrins
          Alan Serrins
          alan.serrins@shu.edu

        /s Lucinda J. McLaughlin
          Lucinda J. McLaughlin
          lucinda.mclaughlin@shu.edu

        /s David M. White
          David M. White
          David.white@shu.edu

**SETON HALL UNIVERSITY
SCHOOL OF LAW
CONFLICT MANAGEMENT PROGRAM**
One Newark Center, Room 429
Newark, New Jersey 07102