

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747

Daniel Gomez-Sanchez
631.247.4713 direct
631.247.4700 main
dsgomez@littler.com

January 3, 2018

**VIA ECF**

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>Kattepogu v. Time Inc.</u>
    No. 17 cv 1485 (RA)

Dear Judge Abrams:

The parties write jointly to respectfully request an adjournment of the initial conference scheduled for Friday, January 5, 2018, to a date and time convenient to the Court.  The parties request the adjournment due to the travel difficulties likely ensuing from tomorrow's impending snowstorm.  Indeed, Plaintiff would be traveling from South Carolina to New York for the appearance at the initial conference and, at this time, it is unclear whether he would be delayed in timely appearing.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Littler Mendelson, P.C.

*/s/ Daniel Gomez-Sanchez*

Daniel Gomez-Sanchez

cc:  Sampath Kattepogu (via email)
     sampath_kdk@hotmail.com

Firmwide:152073720.1 082596.1004

littler.com